**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

| | |
|---|---|
| IN RE: Michael J Beninati | CASE NO.: 17–22408–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–3064 | CHAPTER: 13 |

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Krista M. Preuss is discharged as trustee of the estate and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 3, 2020

Sean H. Lane, Bankruptcy Judge